No. 81–756.   BANK OF MIAMI ET AL. *v.* MEASON ET AL.; and BANK OF MIAMI, FORMERLY KNOWN AS NORTHSIDE BANK, ET AL. *v.* MEASON.   C. A. 5th Cir.   Certiorari denied.   Reported below: 652 F. 2d 542 (first case); 654 F. 2d 722 (second case).

No. 81–788.   GERARD ET AL. *v.* LOUISIANA.   24th Jud. Dist. Ct. La., Jefferson Parish.   Certiorari denied.

No. 81–815.   SHAMY *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮▮▮

No. 81–841.   E. L. WIEGAND DIVISION, EMERSON ELECTRIC CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir.   Certiorari denied.   ▮▮▮▮▮▮▮

No. 81–846.   TAVELMAN *v.* UNITED STATES; and
No. 81–944.   JOB *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Reported below: 650 F. 2d 1133.

No. 81–859.   RUCINSKI ET AL. *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   ▮▮▮▮▮▮▮

No. 81–863.   J. R. SIMPLOT CO. *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, U. S. DEPARTMENT OF LABOR.   C. A. 9th Cir.   Certiorari denied.   ▮▮▮

No. 81–867.   YOUNG, MAYOR OF DETROIT, ET AL. *v.* BALDRIGE, SECRETARY OF COMMERCE, ET AL.   C. A. 6th Cir.   Certiorari denied.   ▮▮▮▮▮▮▮

No. 81–881.   CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILWAY CO. *v.* LEER.   Sup. Ct. Minn.   Certiorari denied.

No. 81–890.   RAPIDES PARISH SCHOOL BOARD ET AL. *v.* VALLEY ET AL.   C. A. 5th Cir.   Certiorari denied.   ▮▮▮